USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 103 (AKH)

**STIPULATION AND ORDER OF DISMISSAL**

This order relates to:

07 CV 05402 (AKH) (Arrigo)
06 CV 14488 (AKH) (Basile)
06 CV 1099 (AKH) (Bugge)
06 CV 13821 (AKH) (Cantres)
06 CV 2819 (AKH) (Carlisi)
06 CV 12720 (AKH) (Chiarello)
06 CV 8751 (AKH) (Contessa)
06 CV 8360 (AKH) (Corr)
05 CV 3694 (AKH) (D'Alliegro)
06 CV 8223 (AKH) (Dias)
06 CV 12736 (AKH) (Dimino)
07 CV 1491 (AKH) (Dolce)
06 CV 8764 (AKH) (Dyer)
07 CV 05408 (AKH) (Fairweather)
06 CV 12065 (AKH) (Fiumano)
06 CV 14665 (AKH) (Friedenberg-Gerson)
06 CV 11810 (AKH) (Gallo)
07 CV 5410 (AKH) (Greaney)
06 CV 12752 (AKH) (Greco)
07 CV 05412 (AKH) (Guzman)
06 CV 8441 (AKH) (Labate)
06 CV 12770 (AKH) (Lagner)
06 CV 7919 (AKH) (Lanfrit)
06 CV 10044 (AKH) (Ledesma)
07 CV 05417 (AKH) (Marshall)
05 CV 1650 (AKH) (Martz)
06 CV 7495 (AKH) (Michalopoulos)
05 CV 1078 (AKH) (Pope)
06 CV 11247 (AKH) (Ragnetti)
06 CV 14084 (AKH) (Rehorn)
06 CV 15003 (AKH) (Rieger)
05 CV 1755 (AKH) (Rotondi)
07 CV 1698 (AKH) (Rudder)
06 CV 12813 (AKH) (Ruggiero)
06 CV 12816 (AKH) (Sarra)
06 CV 10878 (AKH) (Schmidt)

1

> 07 CV 05425 (AKH) (Schuler)
> 07 CV 05426 (AKH) (Segaline)
> 07 CV 05432 (AKH) (Velasquez)
> 05 CV 1679 (AKH) (Volpe)
> 07 CV 05434 (AKH) (Wright)
> 06 CV 15149 (AKH) (Yarczower)
> 05 CV 4217 (AKH) (Ziegelmeir)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice as against defendant, VERIZON PROPERTIES INC. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that VERIZON PROPERTIES INC. is a proper party to these suits, plaintiff may reinstitute these actions without regards to the applicable statute of limitations, assuming said original actions were timely commenced, and in such instance this defendant shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       October 31, 2007

KIRKLAND & ELLIS LLP
*Attorneys for Defendant,*
*Verizon Properties Inc.*

By: /s/ Lee Ann Stevenson /MDR
    LEE ANN STEVENSON

Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel: (212) 446-4917

WORBY GRONER EDELMAN
& NAPOLI BERN, LLP
*Attorneys for Plaintiff*

By: /s/
    CHRISTOPHER R. LOPALO

115 Broadway, 12th Floor
New York, New York 10006
Tel: (212) 587-0031

**SO ORDERED:**

11/2/07

/s/ Alvin K. Hellerstein
HON ALVIN K. HELLERSTEIN